IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XUE YA WEI, et al., <br><br> Defendants. | Case No. 18-cv-08324 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Mary M. Rowland** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. ("Plaintiffs") hereby dismiss this action without prejudice against the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| NJPResale | 274 |
| The Moxie Store | 279 |
| TheTalkingTurtle | 280 |
| tmwalmart | 281 |

Dated this 30th day of January 2019.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiffs*
*Luxottica Group S.p.A. and Oakley, Inc.*

1